**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-1744WA

_____

| | | |
|---|---|---|
| Winona P. Young, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Western |
| v. | * | District of Arkansas. |
| | * | |
| Marvin Runyon, Postmaster General, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: February 24, 1998
Filed: February 27, 1998

_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Winona P. Young appeals the district court's adverse grant of summary judgment in Young's employment discrimination action. Having reviewed the record and the parties' briefs, we conclude the district court correctly rejected Young's contention that the doctrines of waiver, estoppel, and equitable tolling excuse her failure timely to exhaust administrative remedies. We thus deny Young's motions on appeal and affirm the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.